# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Statesville DIVISION

Case Number: **5:12-cr-00002-RLV-DSC**

| | | |
|---|---|---|
| **USA** | ) | |
|     Plaintiff | ) | |
| | ) | |
|     Vs. | ) | ORDER |
| | ) | |
| **Thomas Phelps Hamilton** | ) | |
|     Defendant | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 5th day of March, 2013.

*/s/ Richard L. Voorhees*
RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE