# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# NO. 5:12-CR-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| THOMAS PHELPS HAMILTON, | ) |
| | ) |
| **Defendant.** | ) |

Defendant Hamilton requests a TRO / Separation Order because he believes he is to be scheduled to return to this Court for a reduced sentencing hearing. (Doc. 92, at 1). There is no indication on the docket that Defendant will return to this Court to be re-sentenced. In fact, the Fourth Circuit affirmed this Court's sentence. (Doc. 88). Accordingly, said motion is **DENIED**.

**SO ORDERED.**

Signed: October 21, 2015

Richard L. Voorhees
United States District Judge