# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:12-CR-00002-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| THOMAS PHELPS HAMILTON, | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Defendant's Motion docketed as "Pro Se Motion to Modify Sentence by Termination of Supervised Release or Transfer of Jurisdiction to Southern District of Florida or Extend Sentence to Include Supervised Release." (Doc. No. 104). In his Motion, Defendant requests that the Court "either remove [his] probation all together or at least change it to the Southern District of Florida." *Id.* In the event the Court does neither of those things, he requests that the Court "extend [his] sentence to include the three years of probation [he] has to serve." *Id.*

Defendant is currently incarcerated at Ashland FCI and has a projected release date of October 23, 2024. Closer to his release date, Defendant may discuss with his case manager and/or United States Probation Officer his wish to transfer jurisdictions for his term of supervised release. An investigation will be conducted and, if appropriate based on the results of the investigation, a request to transfer jurisdictions will be filed with the Court. Without such an investigation, the Court will not rule on Defendant's request to transfer jurisdiction to the Southern District of Florida. The Court will also deny his request to remove his supervised release term or extend his sentence at this time.

**IT IS THEREFORE ORDERED** that Defendant's "Pro Se Motion to Modify Sentence by Termination of Supervised Release or Transfer of Jurisdiction to Southern District of Florida or Extend Sentence to Include Supervised Release," (Doc. No. 104), is **DENIED**.

Signed: July 26, 2021

Kenneth D. Bell
United States District Judge